

# NUMBER 13-22-00353-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

## IN THE INTEREST OF B.P. JR., A CHILD.

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This appeal arises from the trial court's termination of mother G.G.'s and father B.P.'s parental rights over B.P. JR., minor child.[1]  On September 15, 2022, Appellant G.G. filed her amended Motion for Extension of Time to File Appellant's Brief in this cause.

---

[1] We refer to appellant and the child by their initials in accordance with the rules of appellate procedure. *See* TEX. R. APP. P. 9.8(b)(2).

Citing the need for additional time to adequately prepare her brief, Appellant G.G. requested a thirty-day extension to file her brief on October 17, 2022, instead of on September 15, 2022, her original deadline. On September 15, 2022, Appellant B.P. filed his Motion for Extension of Time to File Appellant's Brief in this cause. Citing the need for additional time to adequately prepare his brief, Appellant B.P. requested a twenty-day extension to file his brief on October 5, 2022, instead of on September 15, 2022, his original deadline.

We are bound by the Texas Rules of Appellate Procedure in parental termination cases. Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Because these appeals involve fundamental rights that necessitate expedited consideration, this Court requires strict adherence to the deadlines provided by the appellate rules and looks with disfavor upon the delays caused by requests for extensions of time.

In light of the foregoing, we hereby grant in part Appellant G.G.'s amended motion for extension of time to file appellant's brief. Appellant G.G.'s motion is granted insofar as the Court will extend her deadline to file appellant's brief to October 5, 2022. The Court denies Appellant G.G.'s request for a thirty-day extension.

Furthermore, we grant Appellant B.P.'s motion for extension of time to file appellant's brief. Appellant B.P.'s motion is granted insofar as the Court will extend his deadline to file appellant's brief to October 5, 2022.

No further motions for extension of time will be considered absent exigent circumstances.

PER CURIAM

Delivered and filed on the
16th day of September, 2022.